UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALI MOHAMAD MOUSSAOUI,

                Plaintiff,

-against-

BANK OF BEIRUT AND THE ARAB
COUNTRIES a/k/a BBAC BANK S.A.L.,
and ASSAF HOLDING COMPANY SAL,

                Defendants,

**ORDER**

22-CV-6137 (ER)

---

RAMOS, D.J.:

      The Clerk of the Court is respectfully directed to unseal the case.

It is SO ORDERED.


Dated:   August 16, 2022
         New York, New York

                                   Edgardo Ramos, U.S.D.J.