THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X

ALI MOHAMAD MOUSSAOUI,

                                           Plaintiff,

  -against-

BANK OF BEIRUT AND THE ARAB COUNTRIES a/k/a
BBAC BANK S.A.L., ASSAF HOLDING COMPANY SAL,

                                     Defendants.

-------------------------------------------------------------------------------X

Case No.: 22 Misc. 178
(JPC)

**ORDER TO FILE
CASE UNDER SEAL**

The Court having reviewed the application and having found sufficient cause under

Federal Rule of Civil Procedure 5.2(d) to order this case to be filed under seal, it is hereby

ORDERED this case may be filed under seal. The parties are directed to proceed in

accordance with the instructions for filing under seal found in the court's ECF Rules &

Instructions, Rule 6.14, and present the case initiating documents to the Clerk of Court in the

traditional manner, in paper form. The Clerk is directed to restrict access to this order to the

selected party viewing level, until further Order of the Court.

                                            **SO ORDERED:**

                                         _____
                                         United States District Judge

                                         New York, NY
                                         July 14, 2022