UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALI MOHAMAD MOUSSAOUI,

               Plaintiff,

– *against* –

BANK OF BEIRUT AND THE ARAB COUNTRIES a/k/a BBAC BANK S.A.L., and ASSAF HOLDING COMPANY SAL,

               Defendants.

**ORDER**

22 Civ. 6137 (ER)

RAMOS, D.J.:

    The Court is in receipt of Plaintiff's *ex parte* motion for pre-judgment attachment. Plaintiff is directed to appear for a telephonic hearing on August 16, 2022 at 11:30 a.m. Plaintiff is directed to dial 877-411-9748 and enter access code 3029857# when prompted.

It is SO ORDERED.

Dated:   August 8, 2022
          New York, New York

                                                Edgardo Ramos, U.S.D.J.