UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALI MOHAMAD MOUSSAOUI,

              Plaintiff,

– against –

BANK OF BEIRUT AND THE ARAB COUNTRIES a/k/a BBAC BANK S.A.L., and ASSAF HOLDING COMPANY SAL,

              Defendants.

**ORDER**

22 Civ. 6137 (ER)

RAMOS, D.J.:

    For the reasons set forth on the record at the August 16, 2022 telephonic hearing, the Court finds that the requirements for attachment under N.Y. CPLR § 6201 are not met. Accordingly, Moussaoui's motion for *ex parte* pre-judgment attachment is denied.

It is SO ORDERED.

Dated:  August 16, 2022
          New York, New York

                                               Edgardo Ramos, U.S.D.J.