**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
ALI MOHAMAD MOUSSAOUI,

                   Plaintiff,
  -against-                                 22 **CIVIL** 6137 (ER)

                                                       **JUDGMENT**

BANK OF BEIRUT AND THE ARAB
COUNTRIES, also known as BBAC BANK
S.A.L., and ASSAF HOLDING COMPANY
SAL,

                   Defendant.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 14, 2023, Defendants' motion to dismiss First Amended Complaint is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

     September 14, 2023

                                                                 **RUBY J. KRAJICK**
                                                                    **Clerk of Court**
                                 **BY:**
                                                                    **Deputy Clerk**