UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALI MOHAMAD MOUSSAOUI,

           Plaintiff,

– against –

BANK OF BEIRUT AND THE ARAB COUNTRIES, *also known as* BBAC BANK S.A.L., and ASSAF HOLDING COMPANY SAL,

           Defendants.

**ORDER**
22-cv-6137 (ER)

RAMOS, D.J.:

    In a September 13, 2023 opinion and order, this Court granted Defendants' motion to dismiss the first amended complaint with prejudice. Doc. 66 at 15. On November 21, 2024, the Second Circuit affirmed the opinion in part, vacating and remanding it with instructions that the judgment be modified to reflect that the dismissal is without prejudice to renewal in a jurisdiction where personal jurisdiction over the Defendants may be obtained. Doc. 70 at 11.

    Therefore, the Court modifies the September 13, 2023 dismissal to be *without prejudice* to renewal in a jurisdiction where personal jurisdiction over the Defendants may be obtained.

    The Clerk of Court is respectfully directed to close the case.

    It is SO ORDERED.

Dated: October 10, 2025
       New York, New York

                                                  Edgardo Ramos, U.S.D.J.